
**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 12CR3821-AJB |
| Plaintiff, | |
| vs. | **JUDGMENT OF DISMISSAL** |
| DAVID AARON MERINO, | |
| Defendant. | |

   IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

___ the Court has granted the motion of the Government for dismissal, without prejudice; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) as charged in the Information:

18:2252(a)(2) - Receipt of Images of Minors Engaged in Sexually Explicit Conduct

   IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 10/10/12

Anthony J. Battaglia
U.S. District Court Judge